1 CRIS C. VAUGHAN, SBN 99568
2 VAUGHAN & ASSOCIATES
3 6207 South Walnut Street, Suite 800
   Loomis, CA  95650
4 Telephone: 916-660-9401
   Facsimile: 916-660-9378
5
6 Attorneys for Defendants, Aziz Shariat and Mahasti Shariat.

7 CENTER FOR DISABILITY ACCESS
   Raymond G. Ballister, Jr.,  SBN 111282
8 Mark Potter, SBN 166317
   Phyl Grace, SBN 171771
9 P. O. Box 262490
10 San Diego, CA  92196-2490

11 Attorneys for Plaintiff, Scott Johnson

12
## UNITED STATES DISTRICT COURT
13
## EASTERN DISTRICT OF CALIFORNIA
14

| Scott Johnson, | Case No. 2:15-cv-00161-KJM-KJN |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE ORDER** |
| v. | |
| Aziz Shariat, in his individual and representative capacity as Trustee—The Shariat Trust; Mahasti Shariat, in her individual and representative capacity as Trustee—The Shariat Trust;; and Does 1-10, | Date:  May 19, 2015<br>Time:  9:00 a.m.<br>Courtroom:  25<br>Magistrate Judge:  Kendall J. Newman |
| Defendants. | |

   Plaintiff, Scott Johnson and Defendants Aziz Shariat and Mahasti Shariat, by and

through their respective counsel, hereby stipulate to continue the settlement conference

-1-
STIPULATION FOR CONTINUANCE       2:15-cv-00161-KJM-KJN

1  previously scheduled for April 10, 2015 at 9:00 a.m. to May 19, 2015 at 9:00 a.m. before
2  Magistrate Judge Kendall J. Newman.
3      This request is based on the unavailability of Cris C. Vaughan, counsel for
4  Defendants, who has a previously set conflicting court appearance that cannot be
5  moved.
6      IT IS SO STIPULATED effective as of March 12, 2015.

7
8  Dated:  March 12, 2015        /s/ Cris C. Vaughan
                                                CRIS C. VAUGHAN
9                                                  Attorney for Defendants,
10                                                  Aziz Shariat and Mahasti Shariat

11
12  Dated:  March 13, 2015
                                                PHYL GRACE
13                                                  Attorney for Plaintiff,
14                                                  Scott Johnson

15
16                                  ORDER
17      Good cause appearing, the settlement conference previously set for April 10,
18  2015, is hereby moved to May 19, 2015, at 9:00 a.m., before the undersigned Magistrate
19  Judge.
20      IT IS SO ORDERED.
21  Dated:  March 13, 2015

22
                                                KENDALL J. NEWMAN
23                                                  UNITED STATES MAGISTRATE JUDGE
24
25